■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GASTON JONES, Appellant.—Appeal by the defendant from three judgments of the Supreme Court, Kings County (Goldstein, J.), all rendered October 12, 1983.

Ordered that the judgments are affirmed (see, People v Kazepis, 101 AD2d 816; Penal Law § 70.04 [3] [b]; [4]). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.